Joseph A. Wetch, Jr. (NDSB #05788)
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, North Dakota 58108-6017
Telephone: (701) 232-8957

Craig R. Mariger (Application for Admission Pending)
Chayce Clark (Application for Pro Hac Vice Admission Pending)
JONES WALDO HOLBROOK & MCDONOUGH P.C.
170 South Main Street, Suite 1500
Salt Lake City, UT. 84101
Telephone: (801) 521-3200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHEASTERN DIVISION

| | |
|---|---|
| ARROW MIDSTREAM HOLDINGS, LLC (and/or its subsidiaries)<br><br>Plaintiff,<br><br>vs.<br><br>Three Way, Inc.; Uintah Engineering, Inc.; Parnell Consultants, Inc.; and RBI, LLP;<br><br>Defendants. | **DEFENDANT UINTAH ENGINEERING, INC.'S MOTION TO DISMISS**<br><br>Civil Case No. 3:12-cv-00003<br><br>Judge Ralph R. Erikson |

Uintah Engineering, Inc. ("Uintah"), by and through its undersigned counsel of record, and pursuant to Rule 12(b)(6), Fed. R. Civ. P., hereby respectfully moves to dismiss all claims against Uintah asserted by Arrow Midstream Holdings, LLC ("Arrow") in its Complaint filed in this action. The grounds for the Motion to Dismiss are that, accepting the factual allegations set forth in the Complaint as true, and considering all reasonable inferences that may be drawn from such facts in the light most favorable to Arrow, Arrow's claims against Uintah for indemnity are not claims upon which relief can be granted.

This Motion is supported by a Memorandum in Support of Motion to Dismiss filed concurrently herewith.

DATED the 12th day of March, 2012

                                                SERKLAND LAW FIRM

                                                s/ Joseph A. Wetch, Jr.
                                                Joseph A. Wetch, Jr.