IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Arrow Midstream Holdings, LLC ) <br> (and its subsidiaries), ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Three Way, Inc.; UINTAH Engineering, ) <br> Inc.; Parnell Consultants, Inc.; and ) <br> RBI, LLP; ) <br> ) <br> Defendants. ) | Case Number: 3:12-CV-00003 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on March 12, 2012, the following documents:

1. **Defendant UINTAH Engineering, Inc.'s Motion to Dismiss; and**
2. **Defendant UINTAH Engineering, Inc.'s Memorandum in Support of Motion to Dismiss**

were filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Stephen W. Plambeck**
**Nilles Law Firm**
**1800 Radisson Tower**
**P.O. Box 2626**
**Fargo, ND 58108**

**W. Todd Haggart**
**Vogel Law Firm**
**218 NP Avenue**
**P.O. Box 1389**
**Fargo, ND 58107-1389**

**Steven A. Storslee**
**Storslee Law Firm**
**1900 Burnt Boat Drive, Suite 101**
**Bismarck, ND 58503**

**Paul R. Sanderson**
**Zuger, Kirmis & Smith**
**316 North 5th Street**
**P.O. Box 1695**
**Bismarck, ND 58502-1695**

Dated this 12th day of March, 2012.

          /s/ Joseph A. Wetch, Jr.
Joseph A. Wetch, Jr. (#05788)
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
(701) 232-8957
jwetch@serklandlaw.com
*Attorneys for Defendant UNITAH Engineering, Inc.*