IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| ARROW MIDSTREAM HOLDINGS, LLC (and/or its subsidiaries),<br><br>Plaintiff,<br><br>vs.<br><br>Three Way, Inc.; UINTAH Engineering, Inc., Parnell Consultants, Inc.; and RBI, LLP,<br><br>Defendants. | Case No.  3:12-cv-03<br><br><br><br>**STIPULATION** |

The parties hereto, above-named, by their respective attorneys, hereby stipulate and agree that the above-captioned matter may be dismissed for lack of subject matter jurisdiction because the citizenship of the parties is not completely diverse. This dismissal is without prejudice or costs to any party.

Dated this 20th day of March, 2012

/s Stephen W. Plambeck
Stephen W. Plambeck (#03240)
NILLES LAW FIRM
1800 Radisson Tower
201 North 5th Street
P. O. Box 2626
Fargo, ND 58108-2626
Phone: 701-237-5544
Email: splambeck@nilleslaw.com
Attorneys for Plaintiff

/s Steven A. Storslee
Steven A. Storslee (#03346)
STORSLEE LAW FIRM
1900 Burnt Boat Drive, Suite 101
Bismarck, ND 58503
Phone: 701-222-1315
Email: sstorslee@storsleelaw.com
Attorneys for Defendant Three Way, Inc.

/s Joseph A. Wetch, Jr.
Joseph A. Wetch, Jr. (#05788
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box. 6017
Fargo, ND 58108-6017
Phone: 701-232-8957
Email: jwetch@serklandlaw.com
Attorneys for Defendant Uintah
Engineering, Inc.

/s W. Todd Haggart
W. Todd Haggart (#03533)
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND 58107-1389
Phone: 701-237-0847
Email: thaggart@vogellaw.com
Attorneys for Defendant
 Parnell Consultants, Inc.

s/ Paul R. Sanderson
Paul R. Sanderson (#5830)
ZUGER KIRMIS & SMITH
316 North 5th Street
P.O. Box 1695
Bismarck, ND 58502-1695
Phone: 701-223-2711
Email: psanderson@zkslaw.com
Attorneys for Defendant RBI, LLP