IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Arrow Midstream Holdings, LLC (and/or its subsidiaries), | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:12-cv-03 |
| -vs- | ) ) ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Three Way, Inc.; UINTAH Engineering, Inc.; Parnell Consultants, Inc.; and RBI, LLP, | ) ) ) ) | |
| Defendants. | ) | |

Before the Court is a stipulation by the parties to dismiss this action without prejudice on the basis that this Court lacks subject matter jurisdiction (Doc. #24). The Court **ADOPTS** the stipulation in its entirety and **ORDERS** this case dismissed without prejudice and without costs to any party.

**IT IS SO ORDERED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this 22nd day of March, 2012.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court