Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Southeastern Division

Arrow Midstream Holdings, LLC (and/or its subsidiaries),

          Plaintiff,

    -vs-

Three Way, Inc.; UINTAH Engineering, Inc.; Parnell Consultants, Inc.; and RBI, LLP,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:12-cv-03

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☑ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated March 22, 2012, this case is dismissed without prejudice and without costs to any party.

Date: March 22, 2012

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Maki, Deputy Clerk*